UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Daniel W. Whitted
_____

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Central Intelligence Agency,
Monroe county sheriff's office,
Monroe county Jail-D.O.C.
_____

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

FILED - GR
October 25, 2024 11:26 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: UW /10-25

1:24-cv-1119
Robert J. Jonker - U.S. District Judge
Ray Kent - Magistrate Judge

## COMPLAINT
(Print Clearly)

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      N/A

   2. Is the action still pending?   Yes ☐   No ☑
      a. If your answer was no, state precisely how the action was resolved:  N/A

   3. Did you appeal the decision?   Yes ☐   No ☑
   4. Is the appeal still pending?   Yes ☐   No ☑
      a. If not pending, what was the decision on appeal?  N/A

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐   No ☑
      a. If so, explain:  N/A

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Daniel Wayne Whitted**

Place of Present Confinement **Monroe County Jail**

Address **100 East Second Street**

Place of Confinement During Events Described in Complaint **Monroe County Jail**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **Central intelligence Agency**

Position or Title **unknown**

Place of Employment **Langley Virginia**

Address **1000 Colonial farm Rd Mclean, VA**

Official and/or personal capacity? **Both**

Name of Defendant #2 **Monroe County Jail**

Position or Title **unknown**

Place of Employment **100 E. Second st / Monroe County Jail**

Address **100 E. Second St. Monroe Michigan 48161**

Official and/or personal capacity? _____

Name of Defendant #3 **Monroe County Sheriffs department**

Position or Title **unknown**

Place of Employment **100 E. Second st. Monroe Michigan 48161**

Address **100 E. Second st Monroe Michigan 48161**

Official and/or personal capacity? **Both**

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I have discovered through forced experimentation that I have surgical implants in my body that were installed without my knowledge. An unknown group has been very dangerously gangstalking me and torturing me with military devices and several attempts of Homicide have been made on my life as well as my fiancé Ivory Taylor, in a cover up attempt. The group stalking me planned it out and then purposely crashed me in an auto accident at 75 mph to get me into surgery. While recovering, I was taken from the hospital to a radiation treatment center and lied to saying it was to prevent future bone spurs. This group is using a fugitive warrant as an excuse for this attack, however I absconded from my bonds, for my safety, to evade their attacks and electronic harassment. So they forced me to run and then used my warrants as an excuse. They're claiming behavior Modification yet I don't meet the criteria. I have no violence, no sex crimes, and no mental health history. I now know they installed device inside my left hip and my right foot and have been torturing me nearly to death by radiation exposure, electro-shocking my heart repeatedly, my penis and genitals, my ankle, and they're polluting my body and bones with radiation exposure. They have also sent my fiancé into 8 seizures through illegal brain experiments. This group is linked to my family and an unknown website, a military group, D.O.C., they're using C.I. credentials and several voices over V2K devices are known to me. They have damaged my brain severely and I have no history that qualifies me for behavior Modification. I have also lost all ability to have erections and they have done this intentionally. They have forced me and my fiancé both into negative results brain altering V2K Voice 2 Skull harassment and torture. I now have screws popping out from them shocking my foot and they asked me if I could feel it—via V2K military devices

-4- (W.D. Mich. Form – Last Revised: September 2021)

## IV. Relief

State briefly and precisely what you want the court to do for you.

I am requesting an emergency investigation this is cyber-crime related and major medical malpractice and corruption. I have suffered severe brain damage, wrongful incarcerations, and loss of erections, and permanent bodily injury and disfigurement. I'm also requiring 2 more surgeries. I have suffered severe mental trauma and am seeking a Billion dollars Compensation

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

- ☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

- ☑ I request that this case be assigned to a district judge.

10-13-2024
Date

Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

page 2

## * Statement of claim *

This group has allowed my ex girlfriend who is website afiliated, Arielle Rae Chambers, and several of my distant relatives who are website afiliated, to attack me in a very heinous manner for what she is calling "a revenge charade." They tried to burn me alive with radiation exposure. I had to guzzle water to stay alive. They attacked me via V2K voice 2 skull / neuro monitoring devices, and also have performed an illegal surgery after attempting to murder me in an auto accident, and then wiped the crash reports and tickets from the records. The surgery implanted electronics inside my body that were designed to inject my body with radiation by means of torture. They were also attacking me on the outside inappropriately and untimely with radiation guns simultaneous on several occasions I nearly went unconscience from radiation exposure. My ears and neck turned to alligator skin. And the entire year long attack - 24 hrs a day, they accused me of allegedly putting my hands on my ex girlfriend Arielle Rae Chambers. I have clearly heard her voice and numerous others that I recognize. They forced me into 24 hr military interrogations via V2K while fabricating false evidence for blackmail. Several occasions I knew I would die if I didn't "secure my ends." They have allowed this group, who several have claimed C.I.A. credentials, to attempt to murder me to cover up this illegal surgery. My entire family home is

foot note:
My ticket for careless driving and my suspended license notice was all wiped from the secratary of state database

Page 3

I am a nonviolent felony offender. I have no sex crimes in my history and no mental health issues. I have evidence to prove that this group's attacks and harassment are responsible for my absconding and my fugitive status. They attacked me, causing me to flee for my safety. They were unannounced and without credentials, nor warrants, causing me to flee from what I assumed to be a murder plot. They also attacked me in a federally protected drug program and torturing me — making me faint in class and attempting to make me go blind. They have invaded my privacy and exposed my nudity against my will to the public. I also have knowledge that this group has drugged me 3rd party on several occasions at different locations and attacked with V2K devices and intruders to record me under the influence, to justify their "monitoring". However their monitoring is against my will 100% and warrantless; a clear attempt of homicide against me and my fiancé, several occasions forcing me into illegal experimentation — all negative results and unprofessional grudges, completely ruining my brain and altering my brain waves. They have shocked my ankle until it made screws pop out. They were communicating with me directly via V2K harassment and asking me if I could feel it while they shocked me. Then they said "well, at least we know it works." And they accused me of being a fugitive from justice.

Adam Frederick
100 E. Second St.
Monroe, MI 48161

METROPLEX MI 480
23 OCT 2024 PM 4

Attention
Monroe County Jail
Inmate Correspondence

Clerk U.S. District Court
399 Federal Bldg.
110 Michigan St., N.W.
Grand Rapids, MI 49503

49503-236399